**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6916

CHARLES EDWARD GARY,

                    Plaintiff – Appellant,

          v.

SHERIFF MIKE MONDUL; DANVILLE CITY JAIL; DR. LAWRENCE WANG;
MAYOR SHERMAN SAUNDERS; DANVILLE CITY,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge. (7:14-cv-00103-NKM-RSB)

Submitted: August 21, 2014          Decided: August 26, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Edward Gary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Gary seeks to appeal the district court's order dismissing his claim against some of the Defendants without prejudice, but allowing his claim against the remaining Defendant to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Gary seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED